# United States Court of Appeals
## For the First Circuit

---

No. 25-2089

RHODE ISLAND STATE COUNCIL OF CHURCHES; NATIONAL COUNCIL OF NONPROFITS; SERVICE EMPLOYEES INTERNATIONAL UNION; MAIN STREET ALLIANCE; CITY OF CENTRAL FALLS; CITY OF PAWTUCKET; CITY OF PROVIDENCE; CITY OF ALBUQUERQUE; CITY OF BALTIMORE; CITY OF COLUMBUS; CITY OF DURHAM; CITY OF NEW HAVEN; AMOS HOUSE; DR. MARTIN LUTHER KING, JR. COMMUNITY CENTER; EAST BAY COMMUNITY ACTION PROGRAM; FEDERAL HILL HOUSE ASSOCIATION; THE MILAGROS PROJECT; UNITED WAY OF RHODE ISLAND; NEW YORK LEGAL ASSISTANCE GROUP; BLACK SHEEP MARKET,

Plaintiffs - Appellees,

v.

BROOKE ROLLINS, in the official capacity as Secretary of the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; RUSSELL VOUGHT, in the official capacity as Director of the United States Office of Management and Budget; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; SCOTT BESSENT, in the official capacity as Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES,

Defendants - Appellants.

---

**ORDER OF COURT**

Entered: November 7, 2025
Pursuant to 1st Cir. R. 27.0(d)

The court is in receipt of defendants-appellants' Emergency Motion for Stay Pending Appeal and Immediate Administrative Stay. Plaintiffs-appellees are directed to file their response thereto by noon on Friday, November 7, 2025.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Amy Retsinas Romero
Jyoti Jasrasaria

Kevin Love Hubbard
Kristin Bateman
Robin F. Thurston
Skye L. Perryman
Adnan Perwez
Andrew Liang Bookbinder
Michael J. Torcello
Michael S. Raab
Lauren S. Zurier
Kevin M. Bolan
Laura Myron
Rachna Vyas
Jason Altabet
Tyler J. Becker
Joseph E. Borson