**25-2089**

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

**DISCLOSURE STATEMENT**

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Rhode Island State Council of Churches

certifies as follows:

◄◄     The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

National Council of Nonprofits

certifies as follows:

   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Service Employees International Union

certifies as follows:

   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Main Street Alliance

certifies as follows:

 The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X       There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Central Falls

certifies as follows:

   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

      X      There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

25-2089

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Pawtucket

certifies as follows:

⏮ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X        There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

**DISCLOSURE STATEMENT**

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Providence

certifies as follows:

⏮ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

**DISCLOSURE STATEMENT**

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.


Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Albuquerque

certifies as follows:

 The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):




X      There is no information to disclose pursuant to Fed. R. App. P. 26.1.


11/7/25
Date


/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

**DISCLOSURE STATEMENT**

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States
Department of Agriculture, et al., Defendants-Appellants.


Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Baltimore

certifies as follows:

    The following parent corporation(s); publicly held corporation(s); organizational
victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1
(attach additional pages if necessary):




X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.


11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

**DISCLOSURE STATEMENT**

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Columbus

certifies as follows:

 The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X      There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

**DISCLOSURE STATEMENT**

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Durham

certifies as follows:

     The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of New Haven

certifies as follows:

    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Amos House

certifies as follows:

 The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

## 25-2089

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Dr. Martin Luther King, Jr. Community Center

certifies as follows:

   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

East Bay Community Action Program

certifies as follows:

       The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X       There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States
Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Federal Hill House Association

certifies as follows:

     The following parent corporation(s); publicly held corporation(s); organizational
victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1
(attach additional pages if necessary):

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

The Milagros Project

certifies as follows:

   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

United Way of Rhode Island

certifies as follows:

    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

New York Legal Assistance Group

certifies as follows:

    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll

**25-2089**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Black Sheep Market

certifies as follows:

   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/7/25
Date

/s/ *Catherine M.A. Carroll*
CatherineM.A. Carroll