**No. 25-2089**

**IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

RHODE ISLAND STATE COUNCIL OF CHURCHES; NATIONAL COUNCIL OF NONPROFITS; SERVICE EMPLOYEES INTERNATIONAL UNION; MAIN STREET ALLIANCE; CITY OF CENTRAL FALLS; CITY OF PAWTUCKET; CITY OF PROVIDENCE; CITY OF ALBUQUERQUE; CITY OF BALTIMORE; CITY OF COLUMBUS; CITY OF DURHAM; CITY OF NEW HAVEN; AMOS HOUSE; DR. MARTIN LUTHER KING, JR. COMMUNITY CENTER; EAST BAY COMMUNITY ACTION PROGRAM; FEDERAL HILL HOUSE ASSOCIATION; THE MILAGROS PROJECT; UNITED WAY OF RHODE ISLAND; NEW YORK LEGAL ASSISTANCE GROUP; BLACK SHEEP MARKET,

*Plaintiffs-Appellees*,

*v.*

BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget; U.S. OFFICE OF MANAGEMENT AND BUDGET; SCOTT BESSENT, in his official capacity as Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES OF AMERICA,

*Defendants-Appellants.*

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL GOVERNMENTS AND LOCAL GOVERNMENT LEADERS IN SUPPORT OF PLAINTIFFS-APPELLEES' RESPONSE TO EMERGENCY MOTION FOR STAY PENDING APPEAL**

JONATHAN MILLER
JEAN LARSEN
PUBLIC RIGHTS PROJECT
490 43rd Street
Oakland, CA 94609
Telephone: (510) 738-6788

*Attorneys for Amici Curiae*

Proposed *amici* local government and local government officials respectfully request leave to file the attached *amici curiae* brief in support of Plaintiffs-Appellees' opposition to Defendant-Appellants' emergency motion for stay pending appeal. This proposed friend of the court brief presents material that is "relevant to the disposition" of the emergency stay motion and that is "desirable" for this Court to consider. *See* Fed. R. App. P. 29(a)(3)(B).

Local governments are charged with protecting the health and welfare of their residents. The cessation and, now, delay of Supplemental Nutrition Assistance Program (SNAP) funding has forced local governments, non-profit partners, and businesses to scramble to fill the gaps. As explained in the proposed *amici curiae* brief, these steps have been essential to meeting the needs of communities but they are not nearly enough. The immediate payment of SNAP benefits is necessary to ensure children have access to food and households can make ends meet.

Proposed *amici* local governments have sought consent of the parties to file this brief. All parties have consented to the filing of this brief.

## CONCLUSION

For the foregoing reasons, proposed *amici curiae* respectfully request that this Court grant leave for them to submit the concurrently-filed brief.

Dated: November 7, 2025

Respectfully submitted,

*/s/ Jonathan B. Miller*

JONATHAN B. MILLER
JEAN LARSEN
PUBLIC RIGHTS PROJECT
490 43rd Street, #115
Oakland, CA 94609
Telephone: (510) 738-6788

*Attorneys for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jonathan B. Miller*
Jonathan B. Miller
Public Rights Project

Dated: November 7, 2025