# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2089             **Short Title:** Rhode Island et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Bipartisan Former Governors as Amicus Curiae                              as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

s/ Elizabeth B. Deutsch
Signature

November 17, 2025
Date

Elizabeth B. Deutsch
Name

Jenner & Block LLP
Firm Name (if applicable)

202-639-6031
Telephone Number

1099 New York Avenue NW, St. 900
Address

202-639-6066
Fax Number

Washington, DC 20001
City, State, Zip Code

edeutsch@jenner.com
Email (required)

Court of Appeals Bar Number: 1194729

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).