# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-2089        **Short Title:** RISCC, et al. v. Rollins, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__See Attached__ as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

__/s/ Andrew Liang Bookbinder__         __11/07/2025__
Signature                                 Date

__Andrew Liang Bookbinder__
Name

__Democracy Forward Foundation__        __202-448-9090__
Firm Name (if applicable)                Telephone Number

__P.O. Box 34553__
Address                                  Fax Number

__Washington, DC 20043__                 __abookbinder@democracyforward.org__
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: __1220705__

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**LIST OF PARTIES REPRESENTED**

Rhode Island State Council of Churches

National Council of Nonprofits

Service Employees International Union

Main Street Alliance

City of Central Falls

City of Pawtucket

City of Alburquerque

City of Baltimore

City of Columbus

City of Durham

City of New Haven

Amos House

Dr. Martin Luther King, Jr. Community Center

East Bay Community Action Program

Federal Hill House Association

The Milagros Project

United Way of Rhode Island

New York Legal Assistance Group

Black Sheep Market