# United States Court of Appeals
## For the First Circuit

No. 25-2089

RHODE ISLAND STATE COUNCIL OF CHURCHES; NATIONAL COUNCIL OF NONPROFITS; SERVICE EMPLOYEES INTERNATIONAL UNION; MAIN STREET ALLIANCE; CITY OF CENTRAL FALLS; CITY OF PAWTUCKET; CITY OF PROVIDENCE; CITY OF ALBUQUERQUE; CITY OF BALTIMORE; CITY OF COLUMBUS; CITY OF DURHAM; CITY OF NEW HAVEN; AMOS HOUSE; DR. MARTIN LUTHER KING, JR. COMMUNITY CENTER; EAST BAY COMMUNITY ACTION PROGRAM; FEDERAL HILL HOUSE ASSOCIATION; THE MILAGROS PROJECT; UNITED WAY OF RHODE ISLAND; NEW YORK LEGAL ASSISTANCE GROUP; BLACK SHEEP MARKET,

Plaintiffs, Appellees,

v.

BROOKE L. ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; RUSSELL T. VOUGHT, in his official capacity as Director of the United States Office of Management and Budget; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; SCOTT BESSENT, in his official capacity as Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES,

Defendants, Appellants.

Before
Barron, Chief Judge,
Gelpí and Rikelman, Circuit Judges.

**ORDER OF COURT**
Entered: November 9, 2025

Consistent with the opinion of even date, the government's motion for a stay pending appeal is denied in part.

By the Court:
Anastasia Dubrovsky, Clerk

cc: Hon. John J. McConnell, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Catherine Mary Agnes Carroll, Amy Retsinas Romero, Jyoti Jasrasaria,

Kevin Love Hubbard, Kristin Bateman, Robin F. Thurston, Skye L. Perryman, Adnan Perwez, Andrew Liang Bookbinder, Michael J. Torcello, Michael S. Raab, Lauren S. Zurier, Kevin M. Bolan, Laura, Myron, Rachna Vyas, Jason Altabet, Tyler J. Becker, Joseph E. Borson, Jonathan Benjamin Miller, Elizabeth B. Deutsch, Rauvin A. Johl, Michelle R. Pascucci, Anna Esther Lumelsky