UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| RHODE ISLAND STATE COUNCIL OF CHURCHES *et al.*,<br><br>*Plaintiff-Appellee*,<br><br>v.<br><br>BROOKE ROLLINS *et al.*,<br><br>*Defendants*. | Case No. 25-2089 |

## MOTION FOR LEAVE TO FILE 19-PAGE BRIEF OF BIPARTISAN FORMER GOVERNORS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF-APPELLEE AND AFFIRMANCE

*Amici curiae,* a bipartisan group of former governors of various states who have directly witnessed the critical importance of Supplemental Nutrition Assistance Program (SNAP) benefits to their respective states, respectively request leave of this Court to file the accompanying brief of 19 pages in support of plaintiff-appellee. During their tenures, *amici* and their administrations collaborated extensively with the United States Department of Agriculture (USDA) and the federal government to ensure the efficient distribution of SNAP benefits, including processing applications, determining eligibility, and distributing the benefits to their states' most vulnerable populations. As governors, *amici* bore the responsibility to provide the best possible services, resources, and aid to every person in their states and to safeguard their residents' health, safety, and well-being. Each of the undersigned *amici* depended on SNAP—and its reliable disbursement—to help fulfill that mission.

This case presents a question that already has, and will continue to, impact tens of millions of SNAP recipients across the country. The undersigned former governors, who represent diverse

political affiliations, geographies, and tenures, are unified in their recognition that the continuous distribution of SNAP benefits is critical to populations across the county, based on their firsthand experience with the program's tangible benefits to states, local communities, and individuals. Many of the people who will be impacted by this case were the constituents of these governors. *Amici* therefore have a significant interest in the impact of SNAP to ensure the work they've done collectively during their tenures carries forward.

*Amici* also bring perspective and experience in how SNAP works on the ground, especially in the concrete impact that SNAP makes on people's lives. Especially because the role of state governors in relation to USDA is at issue in the case, *amici* are uniquely qualified to speak to the impact of SNAP and its administration on the impact of constituents. Accordingly, *amici* respectfully submit that this brief will assist the Court's resolution of the appeal. Counsel for *Amici* contacted counsel for both parties to request their consent to this motion. Counsel received consent from the plaintiff-appellees, and did not receive a response from defendant-appellants as of time of filing.

*Amici* respectfully request that the Court grant this motion and accept for filing their brief as *amici curiae* in support of plaintiff-appellees.

                                              Respectfully Submitted,

                                              Counsel for Amici Curiae,

Dated: November 7, 2025                */s/ Elizabeth B. Deutsch*

                                              Elizabeth B. Deutsch
                                              Laurel A. Raymond
                                              JENNER & BLOCK LLP
                                              1099 New York Ave. NW Suite 900
                                              Washington, DC 20001
                                              (202) 639-6000

Brian Hauck
JENNER & BLOCK LLP
525 Market Street
Suite 2900
San Francisco, CA 94105 (628) 267-6800

Julia Spiegel
Emily Kirby
Allegra Chapman
Carlos Guevara
Inbar Pe'er
GOVERNORS ACTION ALLIANCE
2300 North Street, NW,
Suite 501A
Washington, D.C. 20037
(301) 450-3151

## CERTIFICATE OF SERVICE

I certify that, on November 7, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that parties in this case or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated: November 7, 2025

*/s/ Elizabeth B. Deutsch*
Elizabeth B. Deutsch