25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Rhode Island State Council of Churches

certifies as follows:

☐  The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

National Council of Nonprofits

certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Service Employees International Union

certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Main Street Alliance

certifies as follows:

☐  The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Central Falls

certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Pawtucket

certifies as follows:

☐     The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Providence

certifies as follows:

☐   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Albuquerque

certifies as follows:

☐  The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Baltimore

certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Columbus

certifies as follows:

☐     The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of Durham

certifies as follows:

☐   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

City of New Haven

certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Amos House

certifies as follows:

☐    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Dr. Martin Luther King, Jr. Community Center

certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

East Bay Community Action Program

certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):


X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.


11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Federal Hill House Association

certifies as follows:

☐   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

# 25-2089

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

The Milagros Project

certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

United Way of Rhode Island

certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

New York Legal Assistance Group

certifies as follows:

☐  The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman

25-2089

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

# DISCLOSURE STATEMENT

Rhode Island State Council of Churches, et al., Plaintiffs-Appellees,

v.

Brooke L. Rollins, in her official capacity as Secretary of the United States Department of Agriculture, et al., Defendants-Appellants.

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned, on behalf of

Black Sheep Market

certifies as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X There is no information to disclose pursuant to Fed. R. App. P. 26.1.

11/10/25
Date

/s/ *Kristin Bateman*
Kristin Bateman