# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057

www.ca1.uscourts.gov

## DOCKETING STATEMENT INSTRUCTIONS

1. Counsel for appellant must file a docketing statement for every case appealed or cross appealed to the First Circuit Court of Appeals. The docketing statement must be received by the court of appeals clerk's office within fourteen days after the case is docketed to be deemed timely filed. Copies must be served on all parties to the action below and proof of service must be attached.

2. The attorney filing the notice of appeal is responsible for filing the docketing statement, even if different counsel will handle the appeal. In the case of multiple appellants represented by separate counsel, the parties must confer and decide who will file the docketing statement. Appellants proceeding pro se may file a docketing statement, but are not required to do so.

3. Counsel's failure to file the docketing statement within the time set forth will cause the court to initiate the process for dismissal of the appeal under 1st Cir. R. 3.0.

4. If an opposing party concludes that the docketing statement is in any way inaccurate, incomplete or misleading, that party should file any additions or corrections to the docketing statement within fourteen days of service of the docketing statement, with copies to all other parties.

5. You must attach to the docketing statement:

    • Additional pages containing extended answers to questions on this form.

    • A certificate of service for this docketing statement indicating it has been served on all parties to the action below, if required by Fed. R. App. P. 25(d)(B).

# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 25-2089　　　**Short Title:** Rhode Island State Council of Churches v. Rollins

**Type of Action**

- [x] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from  10/31/25, 11/1/25, 11/6/25
   2. Date this notice of appeal filed  11/6/25
      If cross appeal, date first notice of appeal filed ____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) ____
   4. Date of entry of order deciding above post-judgment motion ____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) ____
      Time extended to ____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? ☐ Yes  ☑ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes  ☑ No
         If yes, explain ____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☑ Yes  ☐ No
         If yes, explain  Appealable Injunction 28 USC 1292(a).

C. Has this case previously been appealed? ☐ Yes  ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal
   ____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☐ Yes  ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?  ☑ Yes  ☐ No
    If yes, is a transcript necessary for this appeal?  ☑ Yes  ☐ No
    If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1.  Adverse party _See attached._
        Attorney_____
        Address_____
        Telephone_____

    2.  Adverse party_____
        Attorney_____
        Address_____
        Telephone_____

    3.  Adverse party_____
        Attorney_____
        Address_____
        Telephone_____

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1.  Appellant's name _See attached._
        Address_____
        Telephone_____

        Attorney's name_____
        Firm_____
        Address_____
        Telephone_____

    2.  Appellant's name_____
        Address_____
        Telephone_____

        Attorney's name_____
        Firm_____
        Address_____
        Telephone_____

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Laura E. Myron
Date  11.24.25

**F. The following adverse parties:**
- RHODE ISLAND STATE COUNCIL OF CHURCHES;
- NATIONAL COUNCIL OF NONPROFITS;
- SERVICE EMPLOYEES INTERNATIONAL UNION;
- MAIN STREET ALLIANCE;
- CITY OF CENTRAL FALLS;
- CITY OF PAWTUCKET;
- CITY OF PROVIDENCE;
- CITY OF ALBUQUERQUE;
- CITY OF BALTIMORE;
- CITY OF COLUMBUS;
- CITY OF DURHAM;
- CITY OF NEW HAVEN;
- AMOS HOUSE;
- DR. MARTIN LUTHER KING, JR. COMMUNITY CENTER;
- EAST BAY COMMUNITY ACTION PROGRAM;
- FEDERAL HILL HOUSE ASSOCIATION;
- THE MILAGROS PROJECT;
- UNITED WAY OF RHODE ISLAND;
- NEW YORK LEGAL ASSISTANCE GROUP;
- BLACK SHEEP MARKET

**Are represented by**
- Kristin Bateman
  Andrew Liang Bookbinder
  Catherine Mary Agnes Carroll
  Jyoti Jasrasaria
  Skye L. Perryman
  Adnan Perwez
  Robin F. Thurston
  Michael J. Torcello
  Democracy Forward Foundation
  PO Box 34553
  Washington, DC 20043

- Kevin Love Hubbard
  Amy Retsinas Romero
  DeLuca Weizenbaum Barry & Revens
  199 N Main St
  Providence, RI 02903

**G. The following Appellants:**
- BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture;
- UNITED STATES DEPARTMENT OF AGRICULTURE;
- RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget;
- U.S. OFFICE OF MANAGEMENT AND BUDGET;
- SCOTT BESSENT, in his official capacity as Secretary of the United States Department of the Treasury;
- UNITED STATES DEPARTMENT OF THE TREASURY;
- UNITED STATES OF AMERICA,

**Are represented by**
- Laura Myron
  Michael S. Raab
  Jason Altabet
  Tyler Becker
  Joseph Borson
  U.S. Department of Justice
  950 Pennsylvania Ave NW
  Washington, DC 20530