# United States Court of Appeals
## For the First Circuit

No. 25-2089

RHODE ISLAND STATE COUNCIL OF CHURCHES; NATIONAL COUNCIL OF NONPROFITS; SERVICE EMPLOYEES INTERNATIONAL UNION; MAIN STREET ALLIANCE; CITY OF CENTRAL FALLS; CITY OF PAWTUCKET; CITY OF PROVIDENCE; CITY OF ALBUQUERQUE; CITY OF BALTIMORE; CITY OF COLUMBUS; CITY OF DURHAM; CITY OF NEW HAVEN; AMOS HOUSE; DR. MARTIN LUTHER KING, JR. COMMUNITY CENTER; EAST BAY COMMUNITY ACTION PROGRAM; FEDERAL HILL HOUSE ASSOCIATION; THE MILAGROS PROJECT; UNITED WAY OF RHODE ISLAND; NEW YORK LEGAL ASSISTANCE GROUP; BLACK SHEEP MARKET,

Plaintiffs - Appellees,

v.

BROOKE ROLLINS, in the official capacity as Secretary of the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; RUSSELL VOUGHT, in the official capacity as Director of the United States Office of Management and Budget; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; SCOTT BESSENT, in the official capacity as Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES,

Defendants - Appellants.

**JUDGMENT**

Entered: December 4, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Catherine Mary Agnes Carroll
Amy Retsinas Romero
Jyoti Jasrasaria
Kevin Love Hubbard
Kristin Bateman
Robin F. Thurston
Skye L. Perryman
Adnan Perwez
Andrew Liang Bookbinder
Michael J. Torcello
Michael S. Raab
Lauren S. Zurier
Kevin M. Bolan
Laura Myron
Rachna Vyas
Jason Altabet
Tyler J. Becker
Joseph E. Borson
Katherine B. Dirks
Anna Esther Lumelsky
Vanessa Arslanian
Michelle R. Pascucci
Rauvin A. Johl
Elizabeth B. Deutsch
Jonathan Benjamin Miller