# United States Court of Appeals
## For the First Circuit

No. 25-2089

RHODE ISLAND STATE COUNCIL OF CHURCHES; NATIONAL COUNCIL OF NONPROFITS; SERVICE EMPLOYEES INTERNATIONAL UNION; MAIN STREET ALLIANCE; CITY OF CENTRAL FALLS; CITY OF PAWTUCKET; CITY OF PROVIDENCE; CITY OF ALBUQUERQUE; CITY OF BALTIMORE; CITY OF COLUMBUS; CITY OF DURHAM; CITY OF NEW HAVEN; AMOS HOUSE; DR. MARTIN LUTHER KING, JR. COMMUNITY CENTER; EAST BAY COMMUNITY ACTION PROGRAM; FEDERAL HILL HOUSE ASSOCIATION; THE MILAGROS PROJECT; UNITED WAY OF RHODE ISLAND; NEW YORK LEGAL ASSISTANCE GROUP; BLACK SHEEP MARKET,

Plaintiffs - Appellees,

v.

BROOKE ROLLINS, in the official capacity as Secretary of the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; RUSSELL VOUGHT, in the official capacity as Director of the United States Office of Management and Budget; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; SCOTT BESSENT, in the official capacity as Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES,

Defendants - Appellants.

**MANDATE**

Entered: December 4, 2025

In accordance with the judgment of December 4, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jason Altabet
Vanessa Arslanian

Kristin Bateman
Tyler J. Becker
Kevin M. Bolan
Andrew Liang Bookbinder
Joseph E. Borson
Catherine Mary Agnes Carroll
Elizabeth B. Deutsch
Katherine B. Dirks
Kevin Love Hubbard
Jyoti Jasrasaria
Rauvin A. Johl
Anna Esther Lumelsky
Jonathan Benjamin Miller
Laura Myron
Michelle R. Pascucci
Skye L. Perryman
Adnan Perwez
Michael S. Raab
Amy Retsinas Romero
Robin F. Thurston
Michael J. Torcello
Rachna Vyas
Lauren S. Zurier